No. 143. WEIL *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 144. WEIL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Alexander A. Mayper* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *I. Henry Kutz* for respondent. 

No. 145. BAXTER CREEK IRRIGATION DISTRICT ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *W. Coburn Cook* for petitioners. *Fred N. Howser,* Attorney General of California, and *E. G. Benard,* Deputy Attorney General, for respondents. 

No. 146. ALCOA STEAMSHIP Co., INC. ET AL. *v.* McMAHON ET AL. C. A. 2d Cir. Certiorari denied. *A. V. Cherbonnier* for petitioners. *Abraham M. Fisch* for respondents. 

No. 151. BEHRENS *v.* SKELLY ET AL. C. A. 3d Cir. Certiorari denied. *Louis Caplan* for petitioner. *Leon E. Hickman* for respondents. 

No. 152. GIBBONS *v.* DETROIT & TOLEDO SHORE LINE RAILROAD Co. C. A. 6th Cir. Certiorari denied. *Charles H. Brady* for petitioner. *Walter A. Eversman* for respondent. 

No. 153. SAINT LO CONSTRUCTION Co., INC. *v.* KOENIGSBERGER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George E. Allen* and *Karl Michelet* for petitioner. *Henry*